178 So. 461

### Broughton LEE v. STATE.

### 4 Div. 1.

Supreme Court of Alabama.

Jan. 20, 1938.

Brunson & Rowell, of Elba, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Broughton Lee for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Lee v. State, 178 So. 461.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.